# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **RACHEL DANELLE HAYES et al.,**  **Plaintiffs**  v  **GA FINANCIAL TRUST 2002-A et al.**  **Defendant** | **CASE NO. 3:17-cv-05598-DWC**  **MOTION AND SUBJOINED ORDER OF DISMISSAL** |

## I.  MOTION TO DISMISS

Plaintiff Rachel Hayes, having reached a settlement with GA FINANCIAL TRUST 2002-A and MACHOL & JOHANNES PLLC, moves this court for an order dismissing this case with prejudice as to both of these parties.  Plaintiff Hayes was not able to reach a settlement with The Law Offices of Marvin S.C. Dang and ask that this matter be dismissed without prejudice as to that party.

DATED this 15th day of November, 2017.

*/s/ Edgar I. Hall*
Edgar I. Hall, WSBA # 40174
Attorney for the Plaintiff

MOTION TO DISMISS-1

WASHINGTON DEBT LAW, PLLC
2611 NE 113TH ST, STE 300A,
SEATTLE, WA 98125
P (206) 535-2559 / F (206) 374- 2749

## II.  ORDER

The Court, having reviewed the motion, now enters the following Order:

It is hereby ordered that all claims set forth in Plaintiff's Complaint are dismissed with prejudice as to GA FINANCIAL TRUST 2002-A and MACHOL & JOHANNES PLLC, with each party bearing the cost of their own attorney fees.  The case is dismissed without prejudice as to The Law Offices of Marvin S.C. Dang.

ENTERED this _____ day of November, 2017

_____

U.S. District Court Judge

MOTION TO DISMISS-1

WASHINGTON DEBT LAW, PLLC
2611 NE 113TH ST, STE 300A,
SEATTLE, WA 98125
P (206) 535-2559 / F (206) 374- 2749